UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

I.S. *individually and on behalf of her child J.N., a minor*,

                              Plaintiffs,

                    -v-

N.Y.C. PUBLIC SCHOOLS,

                              Defendant.

25-CV-2647 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

The Court has been informed that the parties have reached a settlement in principle of this case.  Accordingly, it is hereby ORDERED that this action is discontinued without prejudice and without costs; provided, however, that within 30 days after the date of this Order, (1) the Plaintiff may apply by letter motion to reopen this action in the event that the settlement is not consummated, and (2) the parties may submit their own stipulation of settlement and dismissal for the Court to so-order.

If no application to reopen is filed within 30 days after the date of this Order, then (1) all claims in this case shall be deemed dismissed with prejudice (unless otherwise specified in the parties' stipulation of dismissal), and (2) any application to reopen will be denied as untimely.

Any currently scheduled conferences and deadlines are adjourned *sine die*.  The Clerk of Court is directed to terminate all pending motions and close this case.

SO ORDERED.

Dated: April 10, 2026
New York, New York

J. PAUL OETKEN
United States District Judge